STATE of Missouri, Respondent,

v.

Raymond L. GRAYSON, Appellant.

No. WD 35584.

Missouri Court of Appeals,
Western District.

Oct. 16, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 27, 1984.

Application to Transfer Denied Jan. 15, 1985.

James W. Fletcher, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from a jury trial conviction for robbery in the first degree, Section 569.020, RSMo (1978), and armed criminal action, Section 571.015, RSMo (1978), and sentences of fifteen (15) years for each count to be served consecutively.

Affirmed. Rule 30.25(b).